[No. 32917-1-I. Division One. October 3, 1994.]

KAREN MORRISSEY, ET AL, *Appellants*, v. RYDER TRUCK
RENTAL, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-23549-0, J. Kathleen Learned, J., entered
May 21, 1993. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Agid and Becker, JJ.

[No. 31172-7-I. Division One. October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
GREG KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-02773-5, Janice Niemi, J., entered July 21,
1992. *Dismissed* by unpublished per curiam opinion.

[No. 30827-1-I. Division One. October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
WINN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-1-00061-6, Paul D. Hansen, J., en-
tered May 6, 1992. *Affirmed* by unpublished per curiam
opinion.

[No. 30145-4-I. Division One. October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY E.
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05815-2, Dale B. Ramerman, J., entered
February 13, 1992. *Dismissed* by unpublished per curiam
opinion.